IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| DANNY J. PRICE, as Executor of the Estate of JAMES CARL PRICE, ) ) ) | |
| Plaintiff, ) ) | CIVIL ACTION FILE: NO. 2:10-CV-71-JRG |
| v. ) ) ) | |
| SAFECO INSURANCE COMPANY OF AMERICA ) ) ) ) | |
| Defendants. ) ) ) | |

## STIPULATION TO DISMISSAL WITH PREJUDICE

Come Now, the Parties herein and show the Court that all parties in the above-styled action having settled all issues asserted or that could have been asserted in the above-captioned action pursuant to Fed. R. Civ. Pro. Rule 41(a)(1)(a)(ii) that the above-styled action is hereby dismissed with prejudice, with each party to absorb its own costs of litigation.

This the 22nd day of February, 2012

CONSENTED TO:

William P. Claxton
Attorney for Defendant
BPR No. 016999

CONSENTED TO:

David W. Blankenship
Attorney for Plaintiff
BPR No.1122

CLAXTON & CLAXTON, LLC
180 Interstate North Parkway
Suite 115
Atlanta, GA 30339
770-933-1946